UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEONARD J. PRICE | CIVIL ACTION |
| VERSUS | NO. 06-2521 |
| CAPT. M.E. TODD  ET AL. | SECTION "K" (2) |

### **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that defendants' motions to dismiss, Record Doc. Nos. 19 and 24, are hereby GRANTED. **IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), except that his claim that defendants failed to protect him from harm when they directed him to fight with another inmate is **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997(e) for failure to exhaust the available administrative remedy procedure.

New Orleans, Louisiana, this   20th   day of    October      , 2006.

_____
UNITED STATES DISTRICT JUDGE